IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JACOB PORTILLO,**

      Plaintiff,

v.    No. CIV 08-342 BB/LCS

**STATE OF NEW MEXICO,** *ex rel* **TAX & REVENUE DEPARTMENT,** a state government agency for the State of New Mexico,

      Defendant.

MEMORANDUM OPINION
AND
ORDER DISMISSING INTENTIONAL INFLICTION
OF EMOTIONAL DISTRESS

THIS MATTER is before the Court on *Defendant's Motion to Dismiss* Plaintiff's claims for 42 U.S.C. § 1983 and the intentional infliction of emotional distress [Doc. 7], and Plaintiff failing to respond to Defendant's *Motion*, the *Motion* will be Granted.

*Discussion*

Defendant filed this *Motion* on April 3, 2008. Under D.N.M. LR-Civ. 7.6(3), Plaintiff had fourteen days to respond. It has been over thirty days and Plaintiff has not filed a response. Under D.N.M. LR-Civ. 7.1(b), "[T]he failure of a party to file and serve a response in opposition to a motion within the time prescribed for doing so constitutes consent to grant the motion."

**O R D E R**

No response having been timely filed, *Defendant's Motion to Dismiss* Plaintiff's claims under 42 U.S.C. § 1983 and for intentional infliction of emotional distress is GRANTED, and such claims are DISMISSED with prejudice.

SO ORDERED this 12th day of May, 2008.

*/s/ Bruce D. Black*

**BRUCE D. BLACK**
**United States District Judge**